UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 18-196 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RED HAWK, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:  Supervised Release Violations

<u>Date of Detention Hearing</u>:  April 27, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged in the Northern District of California with violation of the conditions of supervised release by using controlled substances, failing to report to the

DETENTION ORDER
PAGE -1

probation officer as instructed, and failing to work regularly at a lawful occupation. Defendant had been supervised in this District until his supervision was closed based on noncompliance.

2. Defendant poses a risk of nonappearance based on current drug activity, substance use history, a history of non-compliance on supervision, a history of gambling, and lack of employment or regular source of legitimate income. Defendant poses a risk of danger based on criminal history, history of non-compliance on supervision, substance use history, and the nature of the alleged violations.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

/ / /

DATED this 27th day of April, 2018.

                                                                               Mary Alice Theiler
                                                                               United States Magistrate Judge